UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CIVIL MINUTES
for
JUDGE LAWRENCE E. KAHN

DATE: 10/16/2013         CASE NO: 1:13 -CV- 800 LEK
JUDGE: RANDOLPH F. TREECE, U.S.M.J.    LENGTH OF CONFERENCE: 15 minutes

SHORT TITLE: Glen, et al. vs. Hartford Insurance Company
APPEARANCES: Jeffrey Glen (P)
Gino Forte (D)
James Layios (D)

PROCEEDINGS

SELECTED FOR:
TYPE OF CONFERENCE: RULE 16 CONFERENCE _____ ASSISTED MEDIATION _____
ADR PROGRAM SELECTION: Mediation    DEADLINE: December 31, 2013

DEADLINES SET or EXTENDED:

JOINDER OF PARTIES: October 16, 2013

AMENDMENT OF PLEADINGS: October 16, 2013

DISCOVERY: _____ March 7, 2014

STATUS REPORT due to JUDGE TREECE: Feb 14, 2014

MOTIONS: _____ April 18, 2014

TRIAL READY DATE: _____ June 2, 2014

TRIAL DATE: June 23, 2014

TRIAL LOCATION REQUESTED FOR: Albany, NEW YORK

LENGTH OF TRIAL: 3 Days    TRIAL BY JURY: _____    NON-JURY TRIAL: X

CASE CONTINUED FOR NEXT CONFERENCE ON: _____