# ISEMAN, CUNNINGHAM, RIESTER & HYDE, LLP

*Attorneys and Counselors at Law*

| | | |
|---|---|---|
| Michael J. Cunningham | 9 Thurlow Terrace ● Albany, NY  12203 | Laurie K. Chisolm** |
| Robert H. Iseman | Phone 518-462-3000    Facsimile 518-462-4199 | Penny M. Hahn |
| Carol A. Hyde | www.icrh.com | Marc A. Antonucci |
| Brian M. Culnan | | Linda J. Terner*° |
| Richard A. Frankel | | Omer Gil |
| Richard A. Mitchell | 2649 South Road • Poughkeepsie, NY  12601 | Frank P. Izzo |
| Karen E. Sosler | Phone 845-473-8100    Facsimile 845-473-8777 | Michael W. Deyo |
| James P. Lagios | | Michelle Almeida+ |
| John F. Queenan | | |
| Joshua E. Mackey | | +Also Admitted in Connecticut |
| David R. Wise+ | October 25, 2013 | °Also Admitted in Massachusetts |
| | | *Also Admitted in New Jersey |
| | | **Also Admitted in Vermont |

*Of Counsel:*
Stacey L. Goldstein
Lori E. Masterson

———
Frederick C. Riester
   (1942-2012)

***VIA ECF***

Hon. Randolph F. Treece
U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY  12207

   Re: Glen and Abramson v. Hartford Insurance Company of the Midwest
      Case No. 1:13-cv-00800 LEK/RFT

Dear Judge Treece:

  I am local counsel to defendant, Hartford Insurance Company of the Midwest.

  Following up on the scheduling order put down in this case, I write to report that counsel to the parties have agreed upon a mediator (and some alternatives).  However, our first choice for the job is out of the office.  We will be reaching out him to upon his return to confirm his ability to serve in that capacity, and we expect to have no problem completing the mediation on schedule.

  We appreciate the Court's assistance in this matter.

          Respectfully submitted,

        ISEMAN, CUNNINGHAM, RIESTER & HYDE, LLP

          James P. Lagios
          *jlagios@icrh.com*

JPL/ieh
 c: G. Forte, Esq. (*via email*)
  J. Glen, Esq. *(via ECF)*

{00807815}