UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JEFFREY E. GLEN and ROSINA K. ABRAMSON,

    Plaintiffs,

-vs-

HARTFORD INSURANCE COMPANY OF THE MIDWEST,

    Defendant.

MEDIATION SELECTION STIPULATION

CASE NO. 1:13-CV-800 LEK/RFT

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for all parties hereto, that William Nolan, Esquire has been selected, contacted, and has agreed to serve in the capacity of mediator for the above entitled action.

IT IS FURTHER STIPULATED AND AGREED, by and between counsel for all parties that the mediation session will be scheduled at the earliest possible convenience, bearing in mind the program completion deadline set forth in the Uniform Pretrial Scheduling Order.

Dated: October 25, 2013

_____
Counsel for Plaintiffs

_____
Counsel for Defendant

{00806930}