# ISEMAN, CUNNINGHAM, RIESTER & HYDE, LLP

*Attorneys and Counselors at Law*

Michael J. Cunningham
Robert H. Iseman
Carol A. Hyde
Brian M. Culnan
Richard A. Frankel
Richard A. Mitchell
Karen E. Sosler
James P. Lagios
John F. Queenan
Joshua E. Mackey
David R. Wise+

*Of Counsel:*
Stacey L. Goldstein+
Lori E. Masterson

Frederick C. Riester
(1942-2012)

9 Thurlow Terrace • Albany, NY  12203
Phone 518-462-3000   Facsimile 518-462-4199
www.icrh.com

2649 South Road • Poughkeepsie, NY  12601
Phone 845-473-8100   Facsimile 845-473-8777

Laurie K. Chisolm**
Penny M. Hahn
Marc A. Antonucci
Linda J. Terner*°
Omer Gil
Frank P. Izzo
Michael W. Deyo
Michelle Almeida+

+Also Admitted in Connecticut
°Also Admitted in Massachusetts
*Also Admitted in New Jersey
**Also Admitted in Vermont

November 27, 2013

**VIA ECF**

Hon. Randolph F. Treece
U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY  12207

Re:  **Glen and Abramson v. Hartford Insurance Company of the Midwest**
**Case No. 1:13-cv-00800 LEK/RFT**

Dear Judge Treece:

I am local counsel to defendant, Hartford Insurance Company of the Midwest.

I am happy to inform the Court that the parties have reached a settlement in principle, and are in the process of circulating settlement papers.

Accordingly, we thought it might be appropriate to request an adjournment without date of the mediation conference scheduled for Thursday, December 12, 2013, to allow us an opportunity to finalize the settlement.

We appreciate the Court's assistance in this matter.

{00822138}

Hon. Randolph F. Treece
Page 2
November 27, 2013

Respectfully submitted,

ISEMAN, CUNNINGHAM, RIESTER & HYDE, LLP

James P. Lagios
*jlagios@icrh.com*

JPL/ieh

Cc:   Hon. W. Nolan, Esq. *(via email)*
      G. Forte, Esq. *(via email)*
      J. Glen, Esq. *(via email)*

{00822138}